IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| HOPE ELLY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:19-cv-555-HSO-JCG |
| AMERICAN NATIONAL | ) | |
| INSURANCE COMPANY and | ) | |
| BOOKS-A-MILLION, INC., | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT, AMERICAN NATIONAL INSURANCE COMPANY**

Pursuant to the provisions of Rule 41(a)(1)(A)(i), *Fed. R. Civ. P.,* Plaintiff hereby dismisses this civil action against American National Insurance Company, with prejudice, as the parties have reached an early settlement without the necessity of the Defendant filing an answer in this cause. This Voluntary Dismissal does not include the claims against Defendant, Books-A-Million.

Respectfully Submitted, this the 30th Day of January 2020.

/s/ Pshon Barrett
PSHON BARRETT, ESQ.
MS Bar No. 2071
ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36106
334.819.4030 p
334.819.4032 f
Pshon.Barrett@ADA-Firm.com
*Attorney for the Plaintiff*

[1]

[2]

## **CERTIFICATE OF SERVICE**

    This is to certify that on January 30, 2020, I filed the foregoing with the Clerk of Court by the CM/ECF system which will send a notice of electronic filing to all parties of record.

                              */s/Pshon Barret Esq.*
                              PSHON BARRETT, ESQ.

[2]