**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | |
|---|---|
| HOPE ELLY, )<br>Plaintiff, )<br> )<br>v. )<br> )<br>BOOKS-A-MILLION, INC., )<br>Defendant. ) | CIVIL ACTION NO.<br>1:19-cv-555-HSO-JCG |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) Fed. R. Civ. P., the parties hereby give notice to the Court that they have resolved this matter. The parties therefore stipulate that this case is dismissed with prejudice and each party will bear its own costs and fees.

Respectfully Submitted, this 15th day of April 2020.

| THE ADA GROUP, LLC | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC |
|---|---|
| /s/ *Pshon Barrett*<br>Pshon Barrett (MS Bar #2071)<br>4001 Carmichael Road, Suite 570<br>Montgomery, Alabama 36106<br>334.819.4030 p<br>334.819.4032 f<br>Pshon.Barrett@ADA-Firm.com<br>*Attorney for Plaintiff* | /s/ Juan B. Hernandez<br>Juan B. Hernandez (MSB #104787)<br>Jennifer G. Hall (MSB # 100809)<br>One Eastover Center<br>100 Vision Drive, Suite 400<br>Jackson, MS 39211<br>Telephone: (601) 351-2400<br>Facsimile: (601) 351-2424<br>Email: jhernandez@bakerdonelson.com<br>           jhall@bakerdonelson.com<br>*Attorneys for Defendant, Books-A-Million, Inc.* |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 15, 2020, I electronically filed the foregoing with the Clerk of the Court by the CM/ECF system which will send a notice of electronic filing to all parties of record.

                **THE ADA GROUP, LLC**

                /s/ *Pshon Barrett*
                Pshon Barrett, Esq.
                *Attorney for Plaintiff*